## MARILYN CONDIE *v.* EDWIN WHITNEY
### (14854)

Landau, Schaller and Stoughton, Js.

Argued January 16—decision released February 13, 1996

*Margaret J. Slez,* for the appellant (defendant).

*Robert Luysterborghs,* with whom, on the brief, was *Jonathan Perkins,* for the appellee (named plaintiff).

*T. R. Rowe,* for the appellee (intervening plaintiff).

PER CURIAM. The judgment is affirmed.